UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE FOSTER, | No. 2:15-cv-2020 CKD P |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL SEVERI, et al., | |
| Defendants. | |

Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to have all matters in this action before a United States Magistrate Judge. See 28 U.S.C. § 636(c).

On September 29, 2015, plaintiff was granted 30 days within which to file a completed application to proceed in forma pauperis. Plaintiff was warned that failure to file a completed application to proceed in forma pauperis within 30 days would result in dismissal. Plaintiff has not responded to the court's order.

Although it appears from the file that plaintiff's copy of the court's September 29, 2015 order was returned to the court, plaintiff was properly served. It is plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that this action is dismissed
without prejudice.

Dated: November 10, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
fost2020.dis