UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE FOSTER, | No. 2:15-cv-2020 CKD P |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL SEVERI, et al., | |
| Defendants. | |

Plaintiff has filed a motion asking that this action be re-opened and that he be permitted an opportunity to submit an application to proceed in forma pauperis. Plaintiff has consented to have all matters in the action before a United States Magistrate Judge. See 28 U.S.C. § 636(c). Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to re-open this case (ECF No. 9) is granted;

2. Judgment is hereby vacated;

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

/////

/////

/////

/////

1

4. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in dismissal.

Dated: August 11, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
fost2020.reo