UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE FOSTER, | No. 2:15-cv-2020 CKD P |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL SEVERI, et al., | |
| Defendants. | |

Plaintiff, a California prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to have all matters in this action before a United States Magistrate Judge. See 28 U.S.C. §636(c).

On August 11, 2016, plaintiff was granted 30 days within which to file a completed application to proceed in forma pauperis. Plaintiff was warned that failure to file a completed application to proceed in forma pauperis within 30 days would result in dismissal. Plaintiff has not responded to the court's order.

/////
/////
/////
/////
/////

1

In accordance with the above, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: September 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
fost2020.dis(2)